| AO-10 Rev. 1/2 04 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2004 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| H od, Denise Page | U.S. Dist. Court, Eastern M | 8/4/2005 |

| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5. ReportType (check appropriate type) | 6. Reporting Period |
|---|---|---|
| United Sta s District Judge | ○ Nomination, Date  ○ Initial  ◉ Annual  ● Final | 1/1/2004 to 12/31/2004 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| Theodore evin U.S. Courthouse 231 W. Lafayette Blvd., Rm 251 Detroit, MI 48226 | Reviewing Officer_____ Date_____ |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ NONE - (No reportable positions.)

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Director | Cyprian Center |
| 2. | Trustee | Olivet College |
| 3. | Board Member | State Planning Board (Legal Services) |
| 4. | Council Member | Columbus School for Girls (Alumnae Council) |
| 5. | Director | Detroit Metropolitan Bar Association Foundation |
| 6. | Director | Inside/Out Literary Arts Project |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ NONE - (No reportable agreements.)

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |

FINANCIAL DISCLOSURE OFFICE 2005 AUG -8 A 10: 25 RECEIVED

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions)*

### A. Filer's Non-Investment Income

☑ **NONE** - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
| --- | --- | --- |
| 1. | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☐ **NONE** - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
| --- | --- |
| 1. 2004 | Fellowship Chapel ($300.00) |

## IV. REIMBURSEMENTS — transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ **NONE** - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
| --- | --- | --- |
| 1. | Rendigs Moot Court Competition (University of Cincinnati College of Law) | Hotel Accommodations (1 night & 3 Meals (direct billed) |
| 2. | Yale University Plenary Session - Afro-American Cultural Center | Transportation Reimbursement ($450.59) |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hood, Denise Page | 8/4/2005 |

## VII. INVESTMENTS and TRUSTS  — income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. (1) Amount Code 1 (A-H) | B. (2) Type (e.g. div, rent, or int.) | C. (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. (1) Type (e.g. buy, sell, merger, redemption) | D. (2) Date: Month-Day | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. MI Judges Retirement | D | Interest | M | T | | | | | |
| 2. Wayne County Retirement | A | Interest | | | Refund | 5/23/04 J | | | |
| 3. Met life | A | Div/Interest | J | W | | | | | |
| 4. Provident Nat'l Annuity | A | Div/Interest | M | T | | | | | |
| 5. BROKERAGE ACCT #1 | A | Div/Interest | | | | | | | |
| 6. EMC Corp. Mass. | A | Dividend | J | T | | | | | |
| 7. Nortel Networks | A | Dividend | J | T | | | | | |
| 8. Citibank, NA Bank Dep. Prog. | A | Interest | J | T | | | | | |
| 9. BROKERAGE ACCT #2 | | | | | | | | | |
| 10. SB Money Fd Cash CLA Port | A | Dividend | J | T | | | | | |
| 11. Daimler Chrysler | A | Dividend | J | T | | | | | |
| 12. AOL Time/Warner | A | Dividend | J | T | | | | | |
| 13. Walt Disney | A | Dividend | J | T | | | | | |
| 14. GAP, Inc., Del. | A | Dividend | J | T | | | | | |
| 15. United American Healthcare | A | Dividend | J | T | | | | | |
| 16. VanKmp Emer Grwth Fd CLC | A | Int/Dividend | J | T | | | | | |
| 17. SmithBarney Man Muni Fd CLL | A | Int/Dividend | J | T | | | | | |
| 18. Detroit Mun Credit Union | A | Interest | J | T | | | | | |

1. Income/Gain Codes:        A = $1,000 or less        B = $1,001-$2,500        C = $2,501-$5,000        D = $5,001-$15,000        E = $15,001-$50,000
   (See Columns B1 and D4)   F = $50,001-$100,000     G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:              J = $15,000 or less      K = $15,001-$50,000      L = $50,001-$100,000      M = $100,001-$250,000
   (See Columns C1 and D3)   N = $250,000-$500,000    O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
                             P3 = $25,000,001-$50,000,000                      P4 = More than $50,000,000
3. Value Method Codes        Q = Appraisal            R = Cost (Real Estate Only)   S = Assessment            T = Cash/Market
   (See Column C2)           U = Book Value           V = Other                W = Estimated

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 19. 1st Independence Bank | A | Interest | J | T | | | | | |
| 20. EVLICO (AXA Financial/Equitable) | A | Interest | J | T | | | | | |
| 21. AXA ADS (Common Stock) | B | Dividend | J | T | | | | | |
| 22. Cols Metro Credit Union | A | Interest | J | T | | | | | |
| 23. Prudential (DPH) | A | Interest | J | T | | | | | |
| 24. Prudential (NH3) Money Market Funds | A | Interest | J | T | Trans-fer | 4/25/2002 | J | A | SB/SEPP |
| 25. SB/SEPP (X) | | | | | | | | | |
| 26. . SB Cap Pres. Fd CLB (X) | A | Int/Dividend | J | T | | | | | |
| 27. . Citibank NA Bank Dep Prog (X) | A | Interest | K | T | | | | | |

| 1. Income/Gain Codes, (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

VII. Investments and Trusts (24)- On April 25, 2002 the funds
in this account were transferred to the account listed in VII
(25). It was inaccurately reported on the 2003 report by mistake.

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Hood, Denise Page | 8/4/2005 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

Date _Aug 5, '05_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544